XProb 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Jerry AGBALOG |
| **Docket Number:** | 1:93CR5230-005 |
| **Offender Address:** | Delano, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/20/1995 |
| **Original Offense:** | Ct. 1) 21 USC 846 & 841(a)(1) - Conspiracy to Distribute Cocaine and Crystal Methamphetamine (CLASS A FELONY)<br>Ct. 3) 18 USC 1956(a)(1)(B)(i)(g) - Conspiracy to Launder Money (CLASS C FELONY) |
| **Original Sentence:** | 141 months Bureau of Prisons; 60 months TSR; $100 special assessment |
| **Special Conditions:** | Search; drug aftercare to include testing; notify U. S. Attorney of any change in residence or mailing address until financial obligation fulfilled. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/22/2003 |
| **Assistant U.S. Attorney:** | Kenneth J. Melikian   **Telephone:** (559) 499-4000 |
| **Defense Attorney:** | John F. Garland (appt.)   **Telephone:** (559) 497-6132 |
| **Other Court Action:** | None |

**RE:    Jerry AGBALOG**
**Docket Number:  1:93CR05230-005**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community correctional center, for a period not to exceed 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On June 15, and July 6, 2006, Mr. Agbalog provided random drug tests to the U. S. Probation Officer as identified by specimen numbers C00458972 and C00527838. Both urine samples were tested by Scientific Testing Laboratories and returned positive for the presence of methamphetamine/amphetamine. Mr. Agbalog was confronted with the results of his drug tests during office visits on July 6, and July 20, 2006. Mr. Agbalog admitted to the use of the illegal substances, stating he was depressed over his fiancee in the Philippines breaking up with him. It should also be noted that Mr. Agbalog injured his thumb at work and has been on disability due to that injury since February 2006.

Prior to Mr. Agbalog's injury and the submission of the positive urine tests, he appeared to be compliant with his terms of supervision. Mr. Agbalog agreed to placement within the community corrections center as supported by his signature on the Probation Form 49. Mr. Agbalog is thankful that he would not be returned to prison at this time and that he will continue to be able to see the Doctor who is handling his disability claim regarding his thumb.

Mr. Agbalog has been placed back into drug counseling and Phase I drug testing at Turning Point, Bakersfield. He has been informed that should he continue to use illegal substances a more restrictive recommendation will be forthcoming.

**RE:    Jerry AGBALOG**
   **Docket Number:  1:93CR05230-005**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Senior United States Probation Officer**
Telephone:  (661) 861-4392

**DATED:**   July 20, 2006
   Bakersfield, California
   TAB:ks

**REVIEWED BY:**   /s/ Rick C. Louviere
   **RICK C. LOUVIERE**
   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   July 21, 2006**              /s/ Oliver W. Wanger
emm0d6                     UNITED STATES DISTRICT JUDGE